

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

FILED-USDC-NDTX-DI
'25 JUN 17 PM4:07

UNITED STATES OF AMERICA

v.

DONALD RAY MCCRAY

No.

 2- 25CR0053-2

### INDICTMENT

The Grand Jury Charges:

Count One
Mailing a Threatening Communication
[Violation of 18 U.S.C. § 876(c)]

On or about March 7, 2025, in the Northern District of Texas and elsewhere, the

defendant, **Donald Ray McCray**, did knowingly cause to be delivered by the United

States Postal Service, according to the directions thereon, a communication containing a

threat to injure an individual, that is, a United States District Judge in Brooklyn, New

York, with knowledge that the communication would be viewed as a threat, and with

conscious disregard of a substantial risk that the communication would be viewed as a

threat.

In violation of 18 U.S.C. § 876(c).

Indictment – Page 1

<u>Count Two</u>
False Information and Hoax
[Violation of 18 U.S.C. § 1038(a)(1)]

On or about March 7, 2025, in the Northern District of Texas, the defendant,

**Donald Ray McCray**, did intentionally convey false and misleading information, under

circumstances where such information may reasonably have been believed, that indicated

an activity has taken and is taking place, that would constitute a violation of Chapter 10

of Title 18 of United States Code, Section 175(a), Transfer of Biological Agent or Toxin,

that is, **McCray** knowingly mailed an envelope containing a white powder to the United

States Courthouse in Amarillo, Texas, with the intent to convey false and misleading

information that the envelope contained a biological agent.

In violation of 18 U.S.C. § 1038(a)(1).

## Count Three
### Mailing a Threatening Communication
[Violation of 18 U.S.C. § 876(c)]

On or about March 7, 2025, in the Northern District of Texas and elsewhere, the defendant, **Donald Ray McCray**, did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a communication containing a threat to injure an individual, that is, a United States District Judge in Fort Worth, Texas, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat.

In violation of 18 U.S.C. § 876(c).

**Indictment – Page 3**

<u>Count Four</u>
False Information and Hoax
[Violation of 18 U.S.C. § 1038(a)(1)]

On or about March 7, 2025, in the Northern District of Texas, the defendant,

**Donald Ray McCray**, did intentionally convey false and misleading information, under

circumstances where such information may reasonably have been believed, that indicated

an activity has taken and is taking place, that would constitute a violation of Chapter 10

of United States Code, Section 175(a), Transfer of Biological Agent or Toxin, that is,

**McCray** knowingly mailed an envelope containing a white powder to the United States

Courthouse in Fort Worth, Texas, with the intent to convey false and misleading

information that the envelope contained a biological agent.

In violation of 18 U.S.C. § 1038(a)(1).

**Indictment -- Page 4**

A TRUE BILL

*Suzanne Chotham*

FOREPERSON

NANCY E. LARSON
UNITED STATES ATTORNEY

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Email: Tiffany.Eggers@usdoj.gov


JAMES DONNELLY
Trial Attorney
New Jersey Bar No. 050901994
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-9866
Email: James.Donnelly3@usdoj.gov

Indictment – Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

**DONALD RAY MCCRAY**

INDICTMENT

18 U.S.C. § 876(c)
Mailing a Threatening Communication
(Counts 1 and 3)

18 U.S.C. § 1038(a)(1)
False Information and Hoax
(Counts 2 and 4)

4 Counts

A true bill rendered

_Suzanne Chatham_

DALLAS                                                                                          FOREPERSON

Filed in open court this 17 day of June, 2025.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending