IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS - CASE NO. 2:25-CR-00053-Z-BR

UNITED STATES OF AMERICA

VS.

DONALD McCRAY

OCT 20 2025 AM 9:55
FILED - USDC - NDTX - AM

DEFENDANT (DEMAND) FOR SUBPOENA EVIDENCE - INJECTION, FOR VICTIM MOTIVE

TO THE JUDGE OF SAID COURT:

COMES NOW: DONALD McCRAY, ATTORNEY PRO/DEFENDANT, IN THE ABOVE CASE (DEMAND) FOR SUBPOENA - EVIDENCE - INJECTION, FOR VICTIM MOTIVE

AS: ATTEMPTED (CAPTIAL) MURDER, BY (ACT) HAVE BEEN USED TO: KILL, U.S. DISTRICT JUDGES: KIYO A. MATSUMOTO - ORELIA MERCHANT U.S. DISTRICT CLERK'S: DANIEL AGUILERE - DELYNDA SMITH, AND TEXAS - STATE DISTRICT JUDGE: ANA ESTEVEZ, THE DEFENDANT

(DEMAND): EVIDENCE IN CASE NO. 2: 21-CV-00155-Z-BR, TO BE GIVEN TO HIM FROM THE DOCKET OF THIS COURT THAT (WILL) PROVE THE (MOTIVE) FOR (NO): VICTIM IN THE ABOVE CASE TAKEN IN VIOLATION OF: JUDGMENT-ISSUED BY THE U.S. COURT OF APPEALS (5TH CIRCUIT MCCRAY VS. LOWER, CASE NO. 96-20516:

2ND) AS: ATTEMPTED (CAPTIAL) MURDER BY (ACT) HAVE BEEN USED TO: KILL U.S. DISTRICT JUDGE REED O'CONNOR, AND U.S. DISTRICT CLERK: TEENA TIMMONS, IN THE U.S. DISTRICT COURT-NORTHERN DISTRICT OF: FORT WORTH, TEXAS THE DEFENDANT (DEMAND) EVIDENCE IN CASE NO. 7:22-CV-00073-O, TO BE GIVEN TO HIM FROM THE DOCKET OF THE: FORT WORTH U.S. DISTRICT COURT THAT (WILL) PROVE THE (MOTIVE) FOR (NO) : VICTIM IN THE ABOVE CASE TAKEN IN VIOLATION OF: JUDG- MENT-ISSUED BY THE U.S. COURT OF APPEALS (5TH CIRCUIT) IN : MCCRAY VS. LOWER, CASE NO. 96

2.

-20516:

RESPECTFULLY,

MR. DONALD McCRAY
9100 S. GEORGIA ST.
AMARILLO, TX 79118

## CERTIFICATE OF SERVICE

I, DONALD McCRAY CERTIFY THAT A TRUE AND CORRECT COPY OF THIS (DEMAND) HAVE BEEN SERVED UPON THE UNITED STATES ATTORNEY, ON THIS ____ DAY OF OCT. 2025.

RESPECTFULLY,

MR. DONALD McCRAY
9100 S. GEORGIA ST.
AMARILLO, TX 79118

TIFFANY EGGERS - U.S. ATTORNEY
DALLAS, TX 75242

JAMES DONNELLY - U.S. TRIAL ATTORNEY - WASHINGTON, D.C. 20530

3.

91483-511
Donald Mccray
Fedreral Medical Center
P.O. BOX 15330
FORT Worth, TX 76119
United States

NORTH TEXAS TX 750

14 OCT 2025PM 8 L



RECEIVED

OCT 2 0 2025

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

91483-511
Delynda Smith
205 SE. 5TH AVE
U.S. District Court-North
Amarillo, TX 79101
United States

79101-155999