UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:25-CR-053-X-BR-1 |
| | § | |
| DONALD RAY MCCRAY, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed,[1] and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED on this 4th day of **March, 2026.**

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

---

[1] Three pro se documents were filed by Defendant after the Magistrate Judge's Recommendation issued. (ECF 76, 77, and 78). Setting aside questions of double representation, nothing in those documents could be construed as an objection to the Magistrate Judge's Recommendation that Defendant be found competent to stand trial.