ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 2:25-cr-00053-X-BR-S1 |
| v. | |
| | **Supersedes indictment returned June 18, 2025** |
| DONALD RAY MCCRAY | |

## INDICTMENT

The Grand Jury Charges:

Count One
Mailing a Threatening Communication
[Violation of 18 U.S.C. § 876(c)]

On or about March 7, 2025, in the Northern District of Texas and elsewhere, the defendant, **Donald Ray McCray**, did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a communication containing a threat to injure an individual, that is, a United States District Judge in Brooklyn, New York, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat.

In violation of 18 U.S.C. § 876(c).

Indictment – Page 1

<u>Count Two</u>
False Information and Hoax
[Violation of 18 U.S.C. § 1038(a)(1)]

On or about March 7, 2025, in the Northern District of Texas, the defendant,

**Donald Ray McCray**, did intentionally convey false and misleading information, under

circumstances where such information may reasonably have been believed, that indicated

an activity has taken and is taking place, that would constitute violations of Chapters 10

and 11B of Title 18 of United States Code, that is, **McCray** knowingly mailed an

envelope containing a white powder to the United States Courthouse in Amarillo, Texas,

with the intent to convey false and misleading information that the envelope contained a

biological agent or explosive.

In violation of 18 U.S.C. § 1038(a)(1).

Indictment – Page 2

<u>Count Three</u>
Mailing a Threatening Communication
[Violation of 18 U.S.C. § 876(c)]

On or about March 7, 2025, in the Northern District of Texas and elsewhere, the defendant, **Donald Ray McCray**, did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a communication containing a threat to injure an individual, that is, a United States District Judge in Fort Worth, Texas, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat.

In violation of 18 U.S.C. § 876(c).

Indictment – Page 3

<u>Count Four</u>
False Information and Hoax
[Violation of 18 U.S.C. § 1038(a)(1)]

On or about March 7, 2025, in the Northern District of Texas, the defendant,

**Donald Ray McCray**, did intentionally convey false and misleading information, under

circumstances where such information may reasonably have been believed, that indicated

an activity has taken and is taking place, that would constitute violations of Chapters 10

and 11B of Title 18 of United States Code, that is, **McCray** knowingly mailed an

envelope containing a white powder to the United States Courthouse in Fort Worth,

Texas, with the intent to convey false and misleading information that the envelope

contained a biological agent or explosive.

In violation of 18 U.S.C. § 1038(a)(1).

Indictment – Page 4

Count Five
Mailing a Threatening Communication
[Violation of 18 U.S.C. § 876(c)]

On or about October 14, 2025, in the Northern District of Texas and elsewhere, the defendant, **Donald Ray McCray**, did knowingly cause to be delivered by the United States Postal Service, according to the directions thereon, a communication containing a threat to injure an individual, that is, a United States District Judge in Amarillo, Texas, with knowledge that the communication would be viewed as a threat, and with conscious disregard of a substantial risk that the communication would be viewed as a threat.

In violation of 18 U.S.C. § 876(c).

Indictment – Page 5

<u>Count Six</u>
False Information and Hoax
[Violation of 18 U.S.C. § 1038(a)(1)]

On or about October 14, 2025, in the Northern District of Texas, the defendant,

**Donald Ray McCray**, did intentionally convey false and misleading information, under

circumstances where such information may reasonably have been believed, that indicated

an activity has taken and is taking place, that would constitute violations of Chapters 10

and 11B of Title 18 of United States Code, that is, **McCray** knowingly mailed an

envelope containing a white powder to the United States Courthouse in Amarillo, Texas,

with the intent to convey false and misleading information that the envelope contained a

biological agent or explosive.

In violation of 18 U.S.C. § 1038(a)(1).

A TRUE BILL

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
THEODORE V. PARRAN III
Assistant United States Attorney
Ohio Bar No. 0093157
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8805
Email: theodore.parran@usdoj.gov

_____
JAMES DONNELLY
Trial Attorney
New Jersey Bar No. 050901994
Department of Justice, National Security Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-9866
Email: James.Donnelly3@usdoj.gov

Indictment – Page 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

DONALD McCRAY

SUPERSEDING INDICTMENT

18 U.S.C. § 876(c)
Mailing a Threatening Communication
(Counts 1, 3, and 5)

18 U.S.C. § 1038(a)(1)
False Information and Hoax
(Counts 2, 4, and 6)

6 Counts

A true bill rendered

_____                              _____
DALLAS                                                                                                      FOREPERSON

Filed in open court this __17__ day of March, 2026.

_____

**Defendant in Federal Custody since 6/26/2025**

_____

_____
UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 2:25-cr-00053-X-BR-S1