AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:25-CR-053-X

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Joe Ferino
was received by me on *(date)*  03/25/2026.

☒ I served the subpoena by delivering a copy to the named person as follows:  Joe Ferino

_____  on *(date)*  03/25/2026  ; or

☐ I returned the subpoena unexecuted because:  _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 65.00  .

My fees are $  0.72  for travel and $ 65.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 03/25/2026  _____
Server's signature

T. Stephers          USM
Printed name and title

501 W. 10td St., Fort Worth, Tx 76102
Server's address

Additional information regarding attempted service, etc:

FILED-USDC-NDTX-DA
'26 MAR 26 PM3:23
CK

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:25-CR-053-X |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Donald Ray McCray | SUBPOENA |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Court Security Officer Joe Farino

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
U.S. Marshals Service Eldon B. Mahon Courthouse 501 W 10th St Fort Worth, TX 76102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED-USDC-NDTX-DA
'26 MAR 26 PM3:22
Ck

| Signature of Attorney other Originator requesting service on behalf of: [x] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | | 3/24/2026 |

I hereby certify and return that I [x] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

My fees are $65.00 or hour and $.72 c mile for a total of $65.00

1 x DUSM = $65.00
Ø miles = $0.00

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:25-CR-053-X

### PROOF OF SERVICE

FILED-USDC-NDTX-DA
'26 MAR 26 PM3:22
CK

This subpoena for *(name of individual and title, if any)*   Mike Lugo

was received by me on *(date)*  03/25/26 .

☒ I served the subpoena by delivering a copy to the named person as follows:  Mike Lugo

_____   on *(date)*  03/25/2026  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   65.00   .

My fees are $   Ø   for travel and $ 65.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 03/25/20X

_____
*Server's signature*

T. Stephens   DUSM
*Printed name and title*

501 W. 10th St., Fort Worth, Tx 76102
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:25-CR-053-X |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Donald Ray McCray | SUBPOENA |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Task Force Officer Mike Lugo

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
FBI 819 Taylor St 5th Floor Fort Worth, TX 76102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED-USDC-NDTX-DA
'26 MAR 26 PM3:22
CK

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | | 3/24/2026 |

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | [ ] am [ ] pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:25-CR-053-X |
| DEFENDANT | TYPE OF PROCESS |
| Donald Ray McCray | SUBPOENA |

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**SERVE AT** { Court Security Officer Joe Farino

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
U.S. Marshals Service Eldon B. Mahon Courthouse 501 W 10th St Fort Worth, TX 76102

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 8 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

FILED-USDC-NDTX-DA
'26 MAR 26 PM3:21

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER | DATE *Ck* |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 77 | No. 77 | *[signature]* | 3/24/2026 |

I hereby certify and return that I [ ] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 3-26-26 | Time 1135 | [X] am [ ] pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy *[signature]* |
|---|---|

Costs shown on *attached USMS Cost Sheet* >>

REMARKS

Spoke with legal and they advised they will not accept the subpoena. Advised they will tell the agent to contact the AUSA.

Form USM-285
Rev. 03/21