IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.                                                    No. 2:25-cr-00053-X-BR

DONALD RAY MCCRAY (01)

## ORDER

The United States, by and through the United States Attorney for the Northern District of Texas, and its undersigned Assistant United States Attorney, has filed a motion to dismiss Counts Two (2) and Six (6) of the Superseding Indictment in this matter. (ECF No. 101). The Court finds that this request is in the interest of justice and therefore grants the Government's motion to dismiss Counts Two (2) and Six (6) of the Superseding Indictment.

Counts Two (2) and Six (6) of the Superseding Indictment are hereby DISMISSED.

SO ORDERED.

Signed this 13 day of ___April___, 2026.

_____
The Hon. Brantley Starr
United States District Judge

Donald Ray McCray
Order - Page 1