IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                            2:25-CR-053-X

DONALD RAY MCCRAY

## VERDICT OF THE JURY

### COUNT ONE — MAILING A THREATENING COMMUNICATION

We, the Jury, find the defendant, Donald Ray McCray: _Guilty_
"Guilty" or "Not Guilty"
as to Count One of the Indictment.

We, the Jury, _Do_ find the communication was addressed to a
"Do" or "Do Not".
United States District Judge in Brooklyn, New York.

### COUNT THREE — MAILING A THREATENING COMMUNICATION

We, the Jury, find the defendant, Donald Ray McCray: _Guilty_
"Guilty" or "Not Guilty"
as to Count Three of the Indictment.

We, the Jury, _Do_ find the communication was addressed to a
"Do" or "Do Not".
United States District Judge in Fort Worth, Texas.

### COUNT FOUR – FALSE INFORMATION AND HOAXES

We, the jury, find the Defendant Donald Ray McCray _Guilty_
"Guilty" or "Not Guilty"
as to Count Four of the Indictment.

14

## COUNT FIVE — MAILING A THREATENING COMMUNICATION

We, the Jury, find the defendant, Donald Ray McCray: _Guilty_

"Guilty" or "Not Guilty"

as to Count Five of the Indictment.

We, the Jury, _DO_ find the communication was addressed to a

"Do" or "Do Not".

United States District Judge in Amarillo, Texas.

FOREPERSON

15